## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Case No.: 6:20-cv-0303-ADA

PRECIS GROUP LLC,

    *Plaintiff*,

v.

TRACFONE WIRELESS, INC.,

    *Defendant*.

_____/

## ORDER

This matter came before the Court on Defendant TracFone Wireless, Inc.'s ("TracFone") opposed motion for entry of an order staying this case pending a ruling on its motion to transfer (the "Motion to Stay") [ECF No. 25]. The Court being fully advised, it is **ordered and adjudged** as follows:

1. The Motion to Stay is **granted**.
2. This case is **stayed** pending a ruling on TracFone's motion to stay.

Done and ordered in chambers at Waco, Texas, on October ___, 2020.

_____

Alan Albright
United States District Judge

*Copies furnished to:* Counsel of Record (via CM/ECF)

123777774.1