**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **PRECIS GROUP, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **6-20-CV-00303-ADA** |
| | § | |
| **TRACFONE WIRELESS, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER GRANTING TRACFONE'S MOTION TO TRANSFER**

IT IS HEREBY ORDERED that Defendant TracFone's Motion to Transfer is GRANTED and the above-captioned case is hereby transferred to the United States District Court for the Southern District of Florida under § 1404(a).

IT IS SO ORDERED this 21st day of April, 2021.

SIGNED this 21st day of April, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE